# JAMES C. NEVILLE
**Attorney at Law**
16 North Washington Street
Post Office Box 1711
Port Washington, New York
Telephone: (516) 883-5905
Fax: (516) 883-4954

November 18, 2005

Honorable Frederic Block
United States District Judge
United States Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11202

SO ORDERED
USDJ 11/18/05

Re: <u>U.S.A. v. Virgil Rivers, et al., 03 Cr. 1120 (FB)</u>

Dear Judge Block:

With the Court's permission, I am respectfully requesting that submissions requested by the Court regarding the 18 USC 922(g)-constructive possession of a weapon issue be filed no later than December 2, 2005. Presently, the due date is the 23rd of November, 2005.

Alyssa Qualls, the prosecutor assigned to the case, joins this application.

Submitted respectfully,

James C. Neville, Esq.
Attorney for Virgil Rivers

Cc: Clerk of the Court (Via Electronic Filing)
Alyssa Anne Qualls, AUSA