UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

   -against-                                      **MEMORANDUM AND ORDER**
                                              Case No. 03-CR-1120 (FB)
VIRGIL RIVERS,

                Defendant.
-----------------------------------------------------------x

*Appearances:*
*For the Plaintiff:*                            *For the Defendant*:
DAVID CAREY WOLL, ESQ.          JAMES C. NEVILLE, ESQ.
Assistant United States Attorney       P.O. Box 1711
United States Attorney's Office        16 North Washington Street
Criminal Division                            Port Washington, NY 11050
271 Cadman Plaza East
Brooklyn, NY 11201

**BLOCK, Senior District Judge:**

       Virgil Rivers ("Rivers"), moving *pro se*, seeks an order disclosing the minutes of his grand jury hearings. For the following reasons, Rivers's motion is denied.

       Fed. R. Crim. P. 6(e)(3)(E)(ii) permits a court to disclose grand jury minutes when a "defendant ... shows that a ground may exist to dismiss the indictment because of a matter that occurred before the grand jury." However, because Rivers's conviction by a petit jury cured "any potential defect in [his] grand jury proceeding," *United States v. Mechanik*, 475 U.S. 66, 70 (1986), he cannot carry his burden and make such a showing. *See United States v. Abcasis*, 785 F. Supp. 1113, 1119 (E.D.N.Y. 1992).

       In any event, Rivers's assertion that the grand jury charged him with the "non-existing ... law [of] Bank Robbery Conspiracy, in violation of Title 18 USC § 2113" is patently

1

incorrect. Page two of the Superceding Indictment, conveniently not included in Rivers's moving papers, explicitly and correctly lists "Title 18, United States Code, Sections 371 and 3551 et seq." as the statutory basis for the crime of Bank Robbery Conspiracy charged in Count One.

**SO ORDERED.**

_____
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
May 19, 2010